Kierre TOWNSEND, on behalf of herself, all others similarly situated, and the general public, Plaintiff–Appellee,

v.

BP AMERICA, INC., a Delaware corporation and BP Corporation North America, Inc., an Indiana corporation, Defendants,

and

Brinderson Constructors, Inc., incorrectly identified as Brinderson Corporation, Defendant–Appellant.

No. 14–56910.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 5, 2015.*

Feb. 12, 2015.

Mark D. Kemple, Esquire, Greenberg Traurig LLP, Los Angeles, CA, for Defendants.

Michael Stuart Kun, Esquire, Aaron F. Olsen, Epstein Becker & Green, PC, Los Angeles, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI, W. FLETCHER and OWENS, Circuit Judges.

## MEMORANDUM **

In light of the Supreme Court's decision in *Dart Cherokee Basin Operating Co. v. Owens,* — U.S. ——, 135 S.Ct. 547, 190 L.Ed.2d 495 (2014), we vacate the decision of the district court and remand for further proceedings. On remand, if Townsend challenges jurisdiction, Brinderson shall have the opportunity to provide evidence demonstrating that the case meets the requirements of 28 U.S.C. § 1332(d)(2). *See Dart Cherokee,* at 553–54.

We express no view as to the district court's determination that it lacked federal question jurisdiction over this case.

**VACATED AND REMANDED.** Costs to Appellant.